AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG 18 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Ramiro VASQUEZ<br>YOB: 1978 USA<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-20-1571-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 18, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Complaint Authorized: AUSA Michael Mitchell 8/18/2020
Sworn to and executed by reliable electronic means, sworn to U.S. Magistrate Judge Juan F. Alanis and attested telephonically per Fed.R.CR.4.1, and probable cause found on:
Sworn to before me and signed in my presence.

/s/ Murry Gunderson
*Complainant's signature*

Murry Gunderson Special Agent
*Printed name and title*

Date: 08/18/2020 2:12 p.m.

City and state: McAllen, TX

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment "A"

On January 21, 2020, Special Agents (SAs) with Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) began an internet investigation to identify persons using peer-to-peer (P2P) software on the internet to traffic in child pornography. SAs identified a computer, located at internet protocol (IP) address 70.124.6.162, offering to participate in the distribution of suspected images and videos of child pornography. SAs were able to download several videos that the aforementioned IP address made available to others to download. SAs then reviewed said videos, which depicted young children engaged in sexually explicit conduct, as defined under federal law, which constitute child pornography. SAs received a summons return from Time Warner Cable Inc./Charter Communications for subscriber information of the aforementioned IP address. The summons revealed the subscriber name as the Defendant Ramiro VASQUEZ (YOB: 1978) located at 1901 North Col Rowe Boulevard Apartment 715 in McAllen, Texas.

On August 18, 2020, at approximately 6:00 AM, SAs served a federal search warrant at the residence. SAs identified the resident and sole occupant of the residence as VASQUEZ. During the search of the residence, SAs located a computer that was powered on and actively in the process of downloading images and videos of children engaged in sexually explicit conduct as defined by federal law, which constitute child pornography. During a post-Miranda interview, VASQUEZ stated that he had downloaded images and videos of child pornography as recently as yesterday. SAs conducted an initial on-scene forensic review of the images and videos located on VASQUEZ's computer to confirm that the images and videos were in fact child pornography as defined by 18 United States Code § 2256(8).